# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06 - cr - 569 |
| ) | |
| DENNIS GEMAL OGBURN, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant entered a plea of guilty to Count(s) __1__ of the Indictment/~~Information~~. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/~~were~~ knowing and voluntary as to ~~each~~ just count, and that the offenses(s) charged is/~~are~~ supported by an independent factual basis concerning each of the essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the defendant be adjudged guilty and have sentence imposed accordingly.

_May 15, 2007_  
Date

THOMAS J. SHIELDS  
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).